BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL ARMSTRONG, PC**
1100 E. Bridger Avenue
Las Vegas, NV  89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email:  bsd@thorndal.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US Express Carriers LLC, ) | |
| ) | Case No.: 2:23-cv-00307-GMN -BNW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Stipulation and Order to Extend Time for** |
| United Specialty Insurance Company; Penske ) | **Plaintiff US Express Carriers LLC to** |
| Truck Leasing Company, L.P., Penske Truck ) | **Respond to Defendants Penske Truck** |
| Leasing Corporation, James Parks, III ) | **Leasing Company, L.P., and Penske Truck** |
| ) | **Leasing Corporation's Motion to Transfer** |
| Defendants. ) | |
| ) | |

Pursuant to LR IA 6-1(a), Plaintiff, US EXPRESS CARRIERS LLC, and Defendants, PENSKE TRUCK LEASING COMPANY, L.P., and PENSKE TRUCK LEASING CORPORATION, by and through their respective counsel of record, hereby stipulate and agree to allow US EXPRESS CARRIERS LLC until and including May 22, 2023 to file its responsive pleading to Defendants Penske Truck Leasing Company, L.P., and Penske Truck Leasing Corporation's Motion to Transfer.

The reasons for this stipulation are: this extension of time will allow for 1) the completion of service of process upon all defendants; 2) to allow Defendant United Specialty Insurance Company to file its answer which is due on or before May 10, 2023; and 3) to allow counsel for Plaintiff to analyze the motion to change venue and related case law and to consult with US Express Carriers

1

about the merits of the motion.

This stipulation is entered into in good faith and not for the purpose of delay.

Dated this 19th day of April, 2023

**THORNDAL ARMSTRONG, PC**

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622 / FAX: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Plaintiff

Dated this 20th day of April, 2023

**MURCHISON & CUMMING, LLP**

/s/ *Tyler N. Ure*

By:_____
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Tyler N. Ure, Esq.
Nevada Bar No. 11730
350 South Rampart Blvd, Suite 320
Las Vegas, Nevada 89145
T: (702) 360-3956/ F: (702) 360-3957
mnunez@murchisonlaw.com
ture@murchisonlaw.com

Attorneys for Penske Truck Leasing Company, L.P. and Penske Truck Leasing Corporation

**IT IS SO ORDERED.**

DATED this ____24____ day of ____April____, 2023.

_____
UNITED STATES DISTRICT JUDGE

2