Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Chad.Butterfield@wilsonelser.com
*Attorneys for Defendant*
*United Specialty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US EXPRESS CARRIERS, LLC, | Case No. 2:23-cv-00307-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR UNITED SPECIALTY INSURANCE COMPANY TO FILE ITS RESPONSIVE PLEADING** |
| vs. | |
| UNITED SPECIALTY INSURANCE COMPANY; PENSKE TRUCK LEASING COMPANY, L.P; PENSKE TRUCK LEASING CORPORATION; JAMES PARKS, III, | **(First Request)** |
| Defendant(s). | |

Defendant, UNITED SPECIALTY INSURANCE COMPANY (hereinafter "USIC"), and Plaintiff, US EXPRESS CARRIERS, LLC ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for USIC to file a responsive pleading to Plaintiff's Amended Complaint for Declaratory Relief by thirty (30) days, from April 11, 2023 to May 10, 2023. This is the parties' first request for extension of the deadline.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as counsel for USIC has only recently been retained to represent USIC in this matter and is in the process of reviewing the file materials and information necessary to respond to the allegations set forth in the Amended Complaint. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

282289493v.1

The failure to file this stipulation on or before the original responsive pleading deadline of April 11, 2023 was the result of excusable neglect, as undersigned counsel for USIC had not yet been retained.

DATED this 24th day of April, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

 */s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89119
*Attorneys for Defendant United Specialty Insurance Company*

DATED this 24th day of April, 2023.

**THORNDAL ARMSTRONG, PC**

 */s/ Bruce Scott Dickinson*
Bruce Scott Dickinson, Esq.
Nevada Bar No. 2297
1100 E. Bridger Avenue
Las Vegas, NV 89101
*Attorney for Plaintiff US Express Carriers, LLC*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 9:55 am, April 26, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-2-

282289493v.1