IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| US Express Carriers LLC, ) | |
| ) | **C.A. No.: 1:23-cv-00018-JPJ-PMS** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF SETTLEMENT** |
| ) | |
| United Specialty Insurance Company, Penske ) | |
| Truck Leasing Company, L.P., Penske Truck ) | |
| Leasing Corporation, James Parks, III, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COME NOW the Plaintiff, US Express Carriers LLC, and the Defendants, United Specialty Insurance Company, Penske Truck Leasing Company, L.P., and Penske Truck Leasing Corporation (the "Parties")[1] in the above-captioned matter, by and through their undersigned counsel, and give notice to the Court that the case has been settled by agreement between the Parties and the Parties respectfully request a *Rubin* Order at this time. It is anticipated the Parties will execute formal settlement documentation within thirty (30) days. Upon execution of the appropriate settlement documents, a Stipulation of Dismissal with Prejudice will be filed with the Court.

[SIGNATURE ON FOLLOWING PAGE]

---

[1] Defendant James Parks, III has previously been defaulted by the Court, and accordingly, is not party to this Notice of Settlement. *See* ECF #44.

1

                                                                           *s/Robert "Rocky" C. Rogers*
                                                                           Robert "Rocky" C. Rogers
                                                                           Moseley Marcinak Law Group LLP
                                                                           P.O. Box 26148
                                                                           Greenville, SC 29616
                                                                           (864) 248-6029
                                                                           (864) 248-6035 (fax)
                                                                           rocky.rogers@momarlaw.com
                                                                           *Admitted Pro Hac Vice as Counsel*
                                                                           *for US Express Carriers LLC*

                                                                           Jeffrey Ellison Cox (VSB No.: 77857)
                                                                           SEATON & HUSK LP
                                                                           2240 Gallows Road
                                                                           Vienna, VA 22182
                                                                           703-573-0700
                                                                           703-573-9786 (fax)
                                                                           jeffcox@transportationlaw.net
                                                                           *Counsel for US Express Carriers LLC*

April 29, 2025

WE CONSENT:


s/Peter M. Moore
Peter M. Moore
Wilson Elser Moskowitz Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102
Peter.Moore@wilsonelser.com
*Counsel for Defendant United Specialty Insurance Company*


s/Justin W. Ward
Justin W. Ward
Ford Richardson, PC
Riverfront Plaza - West Tower
901 E. Byrd Street, Ste 1800
Richmond, VA 23218
jward@fordrichardsonlaw.com
*Counsel for Penske Truck Leasing Company, LP & Penske Truck Leasing Corp.*

5485862.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| US Express Carriers LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 1:23-cv-00018-JPJ-PMS |
| | ) |
| United Specialty Insurance Company; Penske Truck Leasing Company, L.P., Penske Truck Leasing Corporation, James Parks, III | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendants. | ) |

IT IS HEREBY CERTIFIED that a copy of **NOTICE OF SETTLEMENT** served upon counsel of record via electronic mail and the United States Mail, with sufficient postage affixed thereto, the 29th day of April, 2025, addressed as follows:

Peter M. Moore
Wilson Elser Moskowitz Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102
Peter.Moore@wilsonelser.com
*Counsel for Defendant United Specialty Insurance Company*

Justin W. Ward
Ford Richardson, PC
Riverfront Plaza - West Tower
901 E. Byrd Street, Ste 1800
Richmond, VA 23218
jward@fordrichardsonlaw.com
*Counsel for Penske Truck Leasing Company, LP and Penske Truck Leasing Corp.*

[SIGNATURE ON FOLLOWING PAGE]

3

5485862.1

<u>*s/Robert "Rocky" C. Rogers*</u>
Robert "Rocky" C. Rogers
Moseley Marcinak Law Group LLP
P.O. Box 26148
Greenville, SC 29616
(864) 248-6029
(864) 248-6035 (fax)
rocky.rogers@momarlaw.com
*Admitted Pro Hac Vice as Counsel*
*for US Express Carriers LLC*


Jeffrey Ellison Cox (VSB No.: 77857)
SEATON & HUSK LP
2240 Gallows Road
Vienna, VA 22182
703-573-0700
703-573-9786 (fax)
jeffcox@transportationlaw.net
*Counsel for US Express Carriers LLC*

April 29, 2025